UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHEN J. ALBERS,

    Plaintiff,

-vs-                                            Case No. 6:11-cv-918-Orl-28DAB

JACQUELINE S. MOLZER,

    Defendant.
_____/

## ORDER

This case is before the Court on the following motions:

1.    Petitioner's Motion to Object (Doc. No. 34) is **DENIED**. It is not clear as to the specific relief being requested by Petitioner. In the event he is objecting to discovery matters, he must comply with the applicable Federal Rules of Civil Procedure pertaining to discovery.

2.    Petitioner's Motion for Court Order (Doc. No. 35) is **DENIED**. Again, it is not clear as to the specific relief being requested by Petitioner. In the event he is requesting discovery matters, he must comply with the applicable Federal Rules of Civil Procedure pertaining to discovery. In the event that he seeks copies of documents filed in the Court's record, he must identify the specific documents and submit the appropriate copying

charges.

      **DONE AND ORDERED** in Orlando, Florida this __17__ day of February, 2012.

                                      JOHN ANTOON II
                                      UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 12/13
Stephen J. Albers
Counsel of Record