UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHEN J. ALBERS,

    Plaintiff,

-vs-                                                  Case No. 6:11-cv-918-Orl-28DAB

JACQUELINE S. MOLZER,

    Defendant.
_____/

## ORDER

This case is before the Court on the following matters:

1.    Plaintiff's Motion for Stay Or A Continuance (Doc. No. 31) is **DENIED**. Plaintiff has presented no basis warranting the continuance or the stay of this case. Within fourteen (14) days from the date of this Order, Plaintiff shall inform the Court in writing as to whether he wishes to proceed with the prosecution of this case. The failure to do so shall result in the dismissal of this action without further notice.

2.    Plaintiff has filed an Amended Complaint/Motion to Supplement Complaint (Doc. No. 39). Within fourteen (14) days from the date of this Order, Defendant shall file a response thereto.

3.    Plaintiff's Motion for Extension of Time (Doc. No. 40) is **DENIED** without prejudice. After the parties comply with paragraphs one and two above, the Court will determine whether the Order setting the pre-trial deadlines should be amended.

4. Plaintiff's Motion for Any and All Discovery (Doc. No. 41) is **DENIED**. Plaintiff must comply with the applicable Federal Rules of Civil Procedure relating to discovery.

**DONE AND ORDERED** in Orlando, Florida this 21 day of February, 2012.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 12/13
Stephen J. Albers
Counsel of Record