UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHEN J. ALBERS,

    Plaintiff,

-vs-                                                      Case No. 6:11-cv-918-Orl-28DAB

JACQUELINE S. MOLZER,

    Defendant.
_____/

## ORDER

This case is before the Court on the following matters:

1.    Plaintiff's Motion to Supplement Complaint (Doc. No. 39) is **DENIED**. The proposed third amended complaint (Doc. No. 39) alleges facts and constitutional violations relating to Plaintiff's son; however, Plaintiff, who is not an attorney, may not assert claims on behalf of his son. As a result, the Court will not consider Plaintiff's proposed third amended complaint, and this case will proceed as to Plaintiff's second amended complaint (Doc. No. 12) only.

2.    Defendant's Motion to Dismiss Final Amended Complaint (Doc. No. 43) is **DENIED** as moot in light of paragraph one above.

3.    Plaintiff's Motion to Proceed with Case Without A Stay or Continuance (Doc. No. 46) is **GRANTED**, and this case shall proceed as to Plaintiff's second amended complaint (Doc. No. 12).

4. Defendant's Motion to Make Non-Electronic Filing (Doc. No. 47, filed March 9, 2012). Upon consideration, the motion is **GRANTED**. The Court notes that, to be admissible at the summary judgment stage, Defendant must ensure that the DVD is properly authenticated (with an accompanying affidavit or otherwise) and that it contains an accurate record of the events at issue.[1] In addition, the DVD shall be compatible with Windows Media Player version 12 and contain a file format of AVI or MPEG.

5. In light of the rulings in the above paragraphs, the Order setting deadlines for the completion of discovery and the filing of pretrial narrative statements entered on November 16, 2011 (Doc. No. 26) is **amended** as set forth below:

> All motions to dismiss and/or for summary judgment shall be filed by **April 20, 2012**.
>
> Plaintiff shall file his pretrial narrative statement by **May 4, 2012**.
>
> Defendants shall file their pretrial narrative statement by **May 18, 2012**.

6. Although Defendant has filed a Motion for Summary Judgment (Doc. No. 48), she will be permitted to file an amended motion for summary judgment within the time-

---

[1] For example, the authentication should include, among other matters, identification of the DVD, indication as to when or where it was taken, and identification of the participants in the video.

frame set forth in paragraph 5. above.

    **DONE AND ORDERED** in Orlando, Florida this __13__ day of March, 2012.

                                     JOHN ANTOON II
                                     UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 12/13
Stephen J. Albers
Counsel of Record