UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHEN J. ALBERS,

    Plaintiff,

-vs-                                                Case No. 6:11-cv-918-Orl-28DAB

JACQUELINE S. MOLZER,

    Defendant.
_____/

## ORDER

This case is before the Court on the following motion:

Plaintiff's Motion to Obtain Exhibits (Doc. No. 55) is **GRANTED**. On or before April 20, 2012, Defendant shall serve on Plaintiff the exhibits requested in the motion. If Defendant files an amended motion for summary judgment on or before April 20, 2012, the exhibits shall be served on Plaintiff in conjunction therewith.

**DONE AND ORDERED** in Orlando, Florida this ___3rd___ day of April, 2012.

                                                                     JOHN ANTOON II
                                                                     UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 12/13
Stephen J. Albers
Counsel of Record