UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHEN J. ALBERS,

    Plaintiff,

v.                                            Case No. 6:11-cv-918-Orl-28DAB

JACQUELINE S. MOLZER,

    Defendant.
_____/

## ORDER

This case is before the Court on the following motion:

Plaintiff's Motion to Hold Civil Rights Complain In Abeyance (Doc. No. 70) is **DENIED**. Within fourteen (14) days from the date of this Order, Plaintiff notify the Court in writing as to whether he intends to continue the prosecution of this case. The failure to do so shall result in the dismissal of this action without further notice.

**DONE AND ORDERED** in Orlando, Florida, __7__ day of August, 2012.

                                                    JOHN ANTOON II
                                                  UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 4/24
Counsel of Record
Steven J. Albers