UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHEN J. ALBERS,

    Plaintiff,

v.                                                          Case No. 6:11-cv-918-Orl-28DAB

JACQUELINE S. MOLZER,

    Defendant.
_____/

## ORDER OF DISMISSAL

On August 7, 2012, the Court ordered Plaintiff to notify the Court in writing, within fourteen days from the date of the Order, as to whether he intended to continue the prosecution of this case (Doc. No. 72). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** as follows:

1.     This case is hereby **DISMISSED** without prejudice.

2.     The Clerk of the Court shall enter judgment dismissing this case without

prejudice and is directed to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, this 5 day of September, 2012.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 9/4
Steven J. Albers
Counsel of Record